IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE HALL,

    Petitioner,                   No. CIV S-09-3216 GGH P

    vs.

GARY SWARTHOUT, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 8, 2009, the undersigned ordered petitioner to either pay the filing fee or file an application to proceed in forma pauperis within thirty days.

        On December 2, 2009, petitioner filed a motion to proceed in forma pauperis.  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis (no. 4) is granted.

DATED: December 17, 2009

                                        /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

ha3216.ifp

1